KARIN J. IMMERGUT, United States Attorney
JEFFREY K. HANDY, OSB #84051
jeff.handy@usdoj.govmailto:jeff.k.handy@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1013
Telefax: (503) 727-1117

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division
JEAN WILLIAMS, Section Chief
COBY HOWELL, Trial Attorney (WY Bar No. 6-3589)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Email: coby.howell@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Phone: (202) 305-0201
Fax: (202) 305-0275

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | CV-05-274-HA |
| Plaintiff, | |
| v. | PLAINTIFF AND DEFENDANTS' STIPULATION AND SETTLEMENT REGARDING ATTORNEYS' FEES AND COSTS AND PROPOSED ORDER |
| DAVE ALLEN, Regional Director, United States Fish and Wildlife Service, | |
| Defendant. | |

Whereas plaintiff has moved for an award of fees and costs against the defendants under

the Endangered Species Act, 16 U.S.C. § 1540(g)(4) ("ESA"), for the time and costs they have

expended on this litigation;

Whereas the Court, on September 7, 2005, entered an Order finding that plaintiff was entitled to attorneys' fees under the ESA;

Whereas plaintiff and defendants desire to resolve plaintiff's claim for fees and costs without the need for an expenditure of significant additional time or resources on that issue by the parties or the Court;

Whereas plaintiff and defendants agree that it is in the public interest to avoid a protracted dispute over the fee and cost issue;

Whereas plaintiff and defendants have now reached a settlement of the fee and cost claim that does not entail any concession of law or fact by either plaintiffs or federal defendants;

It is therefore stipulated and agreed to, by and between plaintiff and defendants that:

1. Defendants will pay plaintiff, pursuant to section 11(g) of the ESA, $11,000.00 in full settlement of plaintiff's claim for attorneys' fees and costs through the date of the filing of this Stipulation. Defendants will issue a check in that amount to:

> Brent Plater
> Center for Biological Diversity
> San Francisco Bay Area Office
> 1095 Market Street, Suite 511
> San Francisco, CA 94103
> Telephone: (415) 436-9682 x 301
> Facsimile: (415) 436-9583
> bplater@biologicaldiversity.org

2. Defendants agree to submit all necessary paperwork to funding authorities at the Department of the Treasury within ten (10) business days of receipt of the signed court order approving this stipulation.

3. It is further stipulated that this Stipulation and agreement applies only to attorneys'

time and litigation costs expended prior to the date of the filing of this Stipulation. It does not waive plaintiff's right to seek fees or costs for time expended in this or any other litigation following the date of the filing of this Stipulation. Defendants reserve the right to contest any future attempt to seek fees or costs by plaintiff.

4. This stipulation as to attorneys' fees and costs has no precedential value and its contents shall not be used as evidence in any other attorneys' fees litigation. By this agreement, defendants do not waive any right to contest fees claimed by plaintiffs or plaintiffs' counsel, including the hourly rate, in any future litigation.

DATED: October 26, 2005.

By Permission:

/s / Brent Plater
CHRIS WINTER (OSB# 98435)
Cascade Resources Advocacy Group
917 SW Oak St., Suite 417
Portland, OR 97205
Telephone: (503) 525-2725
Facsimile: (503) 296-5454
chris@crag.org

BRENT PLATER (CSB# 209555)
Center for Biological Diversity
San Francisco Bay Area Office
1095 Market Street, Suite 511
San Francisco, CA 94103
Telephone: (415) 436-9682 x 301
Facsimile: (415) 436-9583
bplater@biologicaldiversity.org

KARIN J. IMMERGUT, United States Attorney
JEFFREY K. HANDY, OSB #84051
jeff.handy@usdoj.govmailto:jeff.k.handy@usdoj.gov
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1013
Telefax: (503) 727-1117

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

JEAN WILLIAMS, Section Chief

/s/ Coby Howell
COBY HOWELL, Trial Attorney (WY Bar No. 6-3589)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Email: coby.howell@usdoj.gov
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Phone: (202) 305-0201
Fax: (202) 305-0275

Of Counsel:
DIANE HOOBLER
Office of Solicitor
Department of Interior
Portland, Oregon

IT IS SO ORDERED

DATED this 26 day of Oct, 2005.

UNITED STATES DISTRICT COURT JUDGE